RICHNER, APPELLANT, v. BRISBANE, DEFENDANT.

1. FORMER DECISION FOLLOWED.
The decision in *Rittmaster v. Brisbane, ante,* p. 371, was followed in this case, the law and facts involved being the same.

*Appeal from the District Court of Lake County.*

ACTION for the recovery of real property and damages for its detention. Judgment in favor of plaintiff. Defendant appeals.

Mr. A. F. GUNNELL, for appellant.

Messrs. BLAKE & SAYRE, for appellee.

PER CURIAM. The title of appellee in this case depended upon the same deeds of conveyance and other evidence as did the title of appellee in the case of *Rittmaster v. Brisbane,* just decided by this court (*ante,* 371); the two causes were tried together at *nisi prius;* and it is conceded that their determination must be the same upon appeal. The judgment of the district court is accordingly reversed and the cause remanded with directions to render judgment in favor of the defendant Richner.

*Reversed.*

MR. JUSTICE GODDARD did not participate in the determination of this case.